IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR171** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TYRONE R. TITSWORTH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline in ¶ 6 of the Order on Sentencing Schedule to April 13, 2007 (Filing No. 27).

IT IS ORDERED:

1. The Defendant's motion to extend the deadline in ¶ 6 of the Order on Sentencing Schedule to April 13, 2007 (Filing No. 27) is granted; and

2. The Defendant shall comply with ¶ 6 of the Order on Sentencing Schedule on or before April 13, 2007.

DATED this 11th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge